UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: Timothy & Melissa May | CASE NO. 19-40634 |
| | JUDGE RUSS KENDIG |
| Debtors | CHAPTER 13 |
| | **RESPONSE OF DEBTORS TO TRUSTEE'S OBJECTION TO CONFIRMATION** |

COME NOW, Timothy & Melissa May ("the Debtors"), who for their Response to the Trustee's Objection to Confirmation say:

A. PROVIDING INFORMATION ISSUE

    1. Trustee has requested proof of tithing expense noted on Schedule J-14.

    2. Debtors sent proof of tithing expense to Trustee on June 20, 2019.

B. CLAIMS BAR DATE ISSUE

    1. This does not require a response.

WHEREFORE, the Debtors respectfully requests that the Trustee's Objection to Confirmation be denied.

**Respectfully submitted,**

BY: /S/Robert A. Ciotola
ROBERT A. CIOTOLA (#0012487)
Attorney for Debtors
3701 Boardman-Canfield Road
Unit 1
Canfield, OH 44406
(330) 533-8885

## CERTIFICATE OF S E R V I C E

I certify that on **June 26**, **2019,** a true and correct copy of this Response was served:

Via the Court's Electronic Case Filing System on the U.S. Trustee, and these entities and individual who are listed on the Court's Electronic Mail Notice List:
Michael A. Gallo, on behalf of the Chapter 13 Trustee's office at mgallo@trustee.com, mgallo@ecf.epiqsystems.com;

And by regular U.S. mail, postage prepaid, on:
Timothy & Melissa May, 6400 Beach Smith Rd., Kinsman, OH 44428;

/S/Robert A. Ciotola
ROBERT A. CIOTOLA (#0012487)
Attorney for Debtors
3701 Boardman-Canfield Road
Unit 1
Canfield, OH 44406
(330) 533-8885
rac@raciotola.com